MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 011920
CALLISTER LAW GROUP
330 E. Charleston Boulevard, Suite 100
Las Vegas, NV 89104
Tel.: (702) 385-3343
Fax: (702) 385-2899
mqc@callcallister.com
mbisson@callcallister.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ESTATE OF REX VANCE WILSON, by administrator PETRA WILSON; PETRA WILSON, individually; et. al.,

Plaintiff(s),

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; et. al.,

Defendant(s).

CASE NO.: 2:18-cv-01702-APG-VCF

**STIPULATION AND ORDER TO EXTEND FILING DEADLINES**

The parties, Plaintiff(s) ESTATE OF REX VANCE WILSON, by administrator PETRA WILSON; PETRA WILSON, individually; et. al., ("Plaintiff(s)") and Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through their respective counsels of record, hereby stipulate to extend the deadlines to respond to DEFENDANTS LVMPD, SHERIFF LOMBARDO, OFC. GOWENS, OFC. LINDBERG, OFC. SQUEO, AND OFC. SWARTZ' MOTION FOR SUMMARY JUDGMENT ("Motion for Summary Judgment" - Doc. 22), which was entered on January 8, 2020.

Plaintiff and Defendant acknowledge that the amount of evidence and documentation to review is extensive. Accordingly, Plaintiff and Defendant agree to extend the time for Plaintiff to respond to Defendants' Motion for Summary Judgment – Doc # 22. Plaintiff and Defendant

hereby Stipulate to extend the deadline for Defendant to respond to Plaintiff's Complaint to **February 12, 2020**.

Accordingly, it is hereby respectfully requested that this Court enter an Order according to the Stipulation as set forth herein, extending the time for Plaintiff to respond to Defendants' Motion for Summary Judgment, to February 12, 2020.

DATED this 27th day of January, 2020.

| CALLISTER LAW GROUP | MARQUIS AURBACH COFFING |
|---|---|
| /s/ *Mitchell S. Bisson* | /s/ *Craig R. Anderson* |
| MITCHELL S. BISSON, ESQ. | Craig R. Anderson, Esq. |
| Nevada Bar No. 11920 | Nevada Bar No. 6882 |
| 330 E. Charleston Boulevard, Suite 100 | 10001 Park Run Drive |
| Las Vegas, NV 89104 | Las Vegas, NV 89145 |
| *Attorney for Plaintiff(s)* | *Attorney for Defendants* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
January 30, 2020.