MITCHELL S. BISSON, ESQ.
Nevada Bar No. 011920
911 LAW GROUP
911 N. Buffalo Dr., Ste.
Las Vegas, NV 89128
Tel.: (702) 385-3343
Fax: (702) 385-2899
mbisson@911legalgroup.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF REX VANCE WILSON, by administrator PETRA WILSON; PETRA WILSON, individually; et. al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; et. al.,<br><br>Defendant(s). | CASE NO.: 2:18-cv-01702-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION (SECOND REQUEST)** |

IT IS HEREBY stipulated by and between Plaintiffs, by and through their attorney of record, Mitchell S. Bisson, Esq. of the 911 Law Group, and Defendants, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, hereby stipulate as follows:

1. On November 24, 2020, this Court entered its order on Defendants' Motion for Summary Judgment ("Order"). ECF No. 29.

2. The Order dismissed all claims against all defendants except for Plaintiffs' negligence and negligent infliction of emotional distress claims against Defendant Las Vegas Metropolitan Police Officer John Squeo. *Id.* at 29.

3. The Order granted the parties leave to file new motions for summary judgment on the remaining negligence-based claims. The initial deadline for the parties to file any new dispositive motions was December 14, 2020. *Id*. at 20.

4. On December 11, 2020, the parties filed a Stipulation and Order to Extend Time to File Motion (ECF No. 31). The Court granted the Stipulation on December 14, 2020 (ECF No. 32) and extended the time to file the new motion for summary judgment to December 28, 2020.

5. Further, the holidays and pandemic have presented administrative burdens regarding the filing of the new motion for summary judgment.

6. The parties herein now stipulate to extend the time to file the new motion for summary judgment from December 28, 2020 to **Friday, January 29, 2021**.

This extension is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED this 23rd day of December 2020.

| 911 LAW GROUP | MARQUIS AURBACH COFFING |
|---|---|
| /s/ *Mitchell S. Bisson* | /s/ *Craig R. Anderson* |
| Mitchell S. Bisson, Esq. | Craig R. Anderson, Esq. |
| Nevada Bar No. 11920 | Nevada Bar No. 6882 |
| 911 N. Buffalo Dr., Ste. 201 | 10001 Park Run Drive |
| Las Vegas, NV 89128 | Las Vegas, NV 89145 |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

**ORDER**

IT IS SO ORDERED this __28th__ day of December, 2020, that the deadline for the parties to file any new motions for summary judgment of plaintiffs' remaining negligence and negligent infliction of emotional distress claims against defendant John Squeo be extended from December 28, 2020 to **January 29, 2021**.

_____
United States District Court Judge