1  MITCHELL S. BISSON, ESQ.
   Nevada Bar No. 011920
2  LAW OFFICES OF MITCHELL S. BISSON
   911 N. Buffalo Dr., Ste. 201
3  Las Vegas, NV 89128
   Tel. No.: (702) 602-4990
4  Email: Mbisson@BissonLegal.com
   *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF REX VANCE WILSON, by administrator PETRA WILSON; PETRA WILSON, individually, et.al.<br><br>Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada, et. al.<br><br>Defendant(s). | CASE NO.:<br>2:18-cv-01702-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

IT IS HEREBY stipulated by and between Plaintiffs, by and through their attorney of record, Mitchell S. Bisson, Esq. of the Law Offices of Mitchell S. Bisson, and Defendants, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, to the following:

1. Defendants John Squeo ("Officer Squeo") and Las Vegas Metropolitan Police Department ("LVMPD"), by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing filed their Motion for Summary Judgment (Document 38) on or about January 29, 2021.

2. Prior to this instant Stipulation and Order to Extend Time to File Response to Motion for Summary Judgment, the initial deadline for Plaintiffs to respond was February 19, 2021.

3.      Plaintiffs' counsel's transition into solo practice and reorganization of firm staffing and administration, along with the pandemic, has presented administrative burdens regarding the filing of Plaintiff's Response to Defendants' Motion for Summary Judgment herein mentioned.

4.      The parties herein now stipulate to extend the time to file Plaintiff's Response to Defendants' Motion for Summary Judgment, from February 19, 2021 **to February 26, 2021**.

This extension is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED this 17th day of February 2021.

| LAW OFFICES OF<br>MITCHELL S. BISSON | MARQUIS AURBACH COFFING |
|---|---|
| */s/ Mitchell S. Bisson*<br>Mitchell S. Bisson, Esq.<br>Nevada Bar No. 11920<br>911 N. Buffalo Dr., Ste. 201<br>Las Vegas, NV 89128<br>*Attorney for Plaintiffs* | */s/ Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorney for Defendants* |

## ORDER

IT IS SO ORDERED this 17th day of February, 2021, that the deadline for the Plaintiffs to file a Response to Defendants' Motion for Summary Judgment (Document 38) be extended from February 19, 2021 to February 26, 2021.

_____
United States District Court Judge