**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants LVMPD, Sheriff Lombardo,
   Ofc. Gowens, Ofc. Lindberg, Ofc. Squeo, and Ofc. Swartz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF REX VANCE WILSON, by administrator PETRA WILSON; PETRA WILSON, individually; et. al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; et. al.,<br><br>                    Defendants. | Case Number:<br>2:18-cv-01702-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

       IT IS HEREBY stipulated between Defendant Ofc. Squeo, by and through his attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, and Plaintiffs, by and through their attorney of record, Mitchell S. Bisson, Esq., of the Law Offices of Mitchell S. Bisson, as follows:

       1.    Defendant John Squeo ("Officer Squeo") filed his Motion for Summary Judgment (ECF No. 38) on January 29, 2021.

       2.    Plaintiffs filed their Response to Officer Squeo's Motion for Summary Judgment on March 5, 2021 (ECF No. 43).

       3.    Prior to this instant Stipulation and Order to Extend Time to File Reply to Plaintiffs' Response to Motion for Summary Judgment (First Request), the initial deadline for Ofc. Squeo to respond is March 19, 2021.

MAC:14687-004 4303084_1 3/16/2021 9:01 AM

4. Defense counsel's has numerous expert depositions, witness depositions, and other motions occurring or due during the same time period.

5. In order to properly brief Ofc. Squeo's reply to plaintiffs' opposition, additional time is necessary.

6. The parties stipulated to extend the time to respond from March 19, 2021 to April 2 as necessary and appropriate.

7. Accordingly, the parties herein now stipulate to extend the time to file Defendant Ofc. Squeo's Reply to Plaintiffs' Response to Motion for Summary Judgment, from March 19, 2021 to April 2, 2021.

This extension is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED this 16th day of March, 2021.

| MARQUIS AURBACH COFFING | LAW OFFICES OF MITCHELL S. BISSON |
|---|---|
| By: _s/Craig R. Anderson_<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: _s/Mitchell S. Bisson_<br>Mitchell S. Bisson, Esq.<br>Nevada Bar No. 11920<br>911 N. Buffalo Dr., Ste. 201<br>Las Vegas, Nevada 89128<br>Attorney for Plaintiffs |

## ORDER

IT IS SO ORDERED this 16th day of March, 2021, that the deadline for Defendant Ofc. Squeo to file his Reply to Plaintiffs' Response to Motion for Summary Judgment shall be extended from March 19, 2021 to April 2, 2021.

_____
United States District Court Judge

MAC:14687-004 4303084_1 3/16/2021 9:01 AM